```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                                CRIMINAL ACTION NO. 3:03CR98TSL
                                   CIVIL ACTION NO. 3:08CV709TSL
CARL A. SMITH

### JUDGMENT

Pursuant to the order entered this day, it is hereby ORDERED AND ADJUDGED that Smith's motion to vacate under § 2255 is dismissed with prejudice.

SO ORDERED this the 18th of September, 2009.


                                   /s/Tom S. Lee
                                   UNITED STATES DISTRICT JUDGE